IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ANGELICA DAVILA,<br><br>      Plaintiff,<br><br>  v.<br><br>NORTHERN REGIONAL JOINT<br>POLICE BOARD et al.,<br><br>      Defendants. | )<br>)<br>)<br>) CIVIL ACTION No. 2:13-cv-70<br>)<br>)<br>) Hon. Mark R. Hornak<br>)<br>)<br>)<br>) JURY TRIAL DEMANDED<br>) |

**JOINT MOTION TO STAY PROCEEDINGS**

  Plaintiff Angelica Davila and Defendants Northern Regional Joint Police Board and Officer Andrew Bienemann, by their undersigned counsel, respectfully request that this Court stay the proceedings in this case, and as grounds therefore aver as follows:

1. The Court ordered the parties to file a joint status report by May 10, 2019. ECF No. 278.

2. The parties are currently engaged in settlement discussions.

3. The parties respectfully request that this Court stay the proceedings in the case and vacate the trial dates set forth in the Court's April 10, 2019, Order. ECF No. 277.

4. The parties further request that the Court continue the deadline for a status report to September 1, 2019.

WHEREFORE, the parties respectfully request that this Honorable Court grant the within Motion to stay the proceedings, vacate the trial date, and continue the deadline for a status report to September 1, 2019.

Respectfully submitted,

*s/ Sara J. Rose*
Sara J. Rose
PA ID No. 204936

*Counsel for Plaintiff*


*s/ Sheryl L. Brown*
SIANA, BELLWOAR & McANDREW, LLP

Sheryl L. Brown, Esquire, I.D. #59313

*Counsel for Defendants*
*Northern Regional Joint Police Board*
*and Patrolman Andrew Bienemann*